

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Lance Koonce**
212.489.8230 tel
212.489.8340 fax

lancekoonce@dwt.com

**Via CM/ECF and Electronic Mail**

July 6, 2017

Hon. Katherine B. Forrest
U.S. District Court
  for the Southern District of New York
500 Pearl Street
New York, New York
ForrestNYSDChambers@nysd.uscourts.gov .

Re:  *Goldman v. Breitbart News Network, LLC*, et al. No. 17-cv-3144

Dear Judge Forrest:

      This firm represents Defendant Vox Media, Inc. ("Vox Media") in the above-referenced case.  We write on behalf of all of the parties in this case as a short addendum to the letter we filed yesterday, and which the Court "So Ordered" today.  *See* ECF Nos. 49-50.  In that letter, I inadvertently failed to state that the parties' agreement to extend the deadline for defendants' motions to dismiss from July 10, 2017 to July 13, 2017 also included an agreement to similarly extend the other dates for the briefing on the anticipated motions to dismiss, which are set forth in the Court's order of May 23, 2017 (ECF No. 35).

      Under the parties' agreement, the new briefing schedule would be as follows:

Defendants' motions to dismiss:  July 13, 2017

Plaintiff's opposition brief(s):  Extended from July 28, 2017 to July 31, 2017

Defendants' reply brief(s):  Extended from August 12, 2017 to August 15, 2017

      With sincere apologies for the creation of additional paperwork for the Court, the parties respectfully request that the Court adopt this slightly modified briefing schedule for the motions to dismiss.  We thank the Court for its consideration of this request.

Respectfully Submitted,

Davis Wright Tremaine LLP

/s/ Lance Koonce

cc:  All parties (*via* CM/ECF)

ORDER

The proposed briefing schedule is approved.

SO ORDERED.
July 7, 2017

_____
KATHERINE B. FORREST
United States District Judge

Anchorage | New York | Seattle
Bellevue | Portland | Shanghai
Los Angeles | San Francisco | Washington, D.C.