UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN GOLDMAN,<br><br>      Plaintiff,<br><br>-against-<br><br>BREITBART NEWS NETWORK, LLC; HEAVY, INC.; TIME, INC.; YAHOO! INC.; GANNETT COMPANY, INC.; HERALD MEDIA, INC.; BOSTON GLOBE MEDIA PARTNERS, LLC; NEW ENGLAND SPORTS NETWORK, INC.,<br><br>      Defendants. | ECF Case<br><br>No. 1:17-cv-3144 (KBF)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

  Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Vox Media, Inc. ("Vox Media") certifies that Vox Media is a non-governmental corporate party and has no parent corporation. NBCUniversal Media, LLC a publicly held corporation, owns 10% or more of Vox Media's stock.

New York, New York
Dated: July 14, 2017

                     By: /s/ *Lacy H. Koonce, III*
                         Lacy H. Koonce, III (LK 8584)
                         Eric J. Feder (EF 8016)
                         Davis Wright Tremaine LLP
                         1251 Avenue of the Americas, 21st Floor
                         New York, NY 10020
                         Tel.: (212) 489-8230
                         Fax: (212) 489-8340
                         lancekoonce@dwt.com

                         *Attorneys for Defendants Vox Media, Inc.*

4840-3374-8043v.1 0099704-000005