UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN GOLDMAN, | : |
| | : |
| Plaintiff, | : ECF Case |
| | : |
| -against- | : No. 1:17-cv-3144 (KBF) |
| | : |
| BREITBART NEWS NETWORK, LLC; | : |
| HEAVY, INC.; TIME, INC.; YAHOO! INC.; | : |
| GANNETT COMPANY, INC.; HERALD | : |
| MEDIA, INC.; BOSTON GLOBE MEDIA | : |
| PARTNERS, LLC; NEW ENGLAND | : |
| SPORTS NETWORK, INC., | : |
| Defendants. | : |

## NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law; Statement

of Undisputed Facts Pursuant to Local Rule 56.1; and the Declarations of Simon Assaad, Aaron

Noble, Matthew Blake, Brad Weiss, Brian Wallace, Frank Schwab, Mark Hiland, Jason Lisk,

Justin Emond, Anthony Vitale, Kaitlyn Johnston, Anthony Bonfiglio, Michael R. Hall, and Lacy

H. Koonce, III; Defendants Heavy, Inc. ("Heavy"), Time Inc. ("Time"), Yahoo Holdings, Inc.

("Yahoo"), Gannett Company, Inc. ("Gannett"), Herald Media, Inc. ("Herald"), Boston Globe

Media Partners, LLC ("Globe") and New England Sports Network, Inc. ("NESN") (collectively,

the "Defendants"); by and through their respective attorneys, hereby move this Court, before the

Honorable Katherine B. Forrest, United States District Court for the Southern District of New

York, 500 Pearl Street, New York, New York 10007, for partial summary judgment that

Defendants' embedding from Twitter of a photo allegedly owned by Plaintiff does not constitute

direct copyright infringement by Defendants, dismissing the case in its entirety as to Defendants

Heavy, Gannett, Herald and NESN, and dismissing the case in part as to Defendants Time,

Yahoo and Globe.

1

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's order dated September 27, 2017, responses to this motion are due by November 6, 2017, and replies are due by November 21, 2017.

Dated: New York, New York
       October 5, 2017

Respectfully submitted,

By: */s/ Regina Schaffer-Goldman*
    Regina Schaffer-Goldman (RS-0630)

MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
Tel.: (212) 309-6000
regina.schaffer-goldman@morganlewis.com

Lawrence T. Stanley, Jr. (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110
Tel. (617) 341-7700
lawrence.stanley@morganlewis.com

*Attorneys for Defendant Boston Globe Media Partners LLC*

By: */s/ Robert Penchina*
    Robert Penchina

BALLARD SPARH, LLP
919 Third Avenue, 37th Floor
New York, NY 10022
Tel.: (212) 850-6109
penchinar@ballardspahr.com

*Attorneys for Defendant Gannett Company, Inc.*

By: <u>/s/ Joseph D. Lipchitz</u>

    Joseph D. Lipchitz (*admitted pro hac vice*)

MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO PC
One Financial Center
Boston, MA 02111
Tel.: (619) 542-6000
jdlipchitz@mintz.com

*Attorney for Defendant Herald Media, Inc.*

By: <u>/s/ Stephen M. Kramarsky</u>

    Stephen M. Kramarsky (SK-6666)
    Joseph P. Mueller (JM-3113)

DEWEY PEGNO & KRAMARSKY LLP
777 Third Avenue, 37th Floor
New York, NY 10017
Tel.: (212) 943-9000
skramarsky@dpklaw.com
jmueller@dpklaw.com

*Attorneys for Defendant New England Sports Network*

By: <u>/s/ Lacy H. Koonce, III</u>

    Lacy H. Koonce, III (LK 8584)
    Eric J. Feder (EF 8016)

DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel.: (212) 489-8230
Fax: (212) 489-8340
Email: lancekoonce@dwt.com
Email: ericfeder@dwt.com

*Attorneys for Defendants Time Inc. and Vox Media, Inc.*

4826-7437-3201v.1 0099704-000005

By: <u>/s/ *Thomas P. Lane*</u>
    Thomas Patrick Lane

WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel.: (212) 294-6700
Fax: (212) 294-4700
tlane@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Tel.: (415) 591-1400
jgolinveaux@winston.com

*Attorneys for Defendant Yahoo Holdings, Inc.*

4826-7437-3201v.1 0099704-000005