**Justin Goldman <justingoldman@aol.com>**                          1/13/2018 12:28 PM

## Statement

To ken@norwickschad.com     Copy cooper@norwickschad.com

I state the following under penalty of perjury:

1. When I posted my Tom Brady photo to Snapchat, I did so through Snapchat's "My Story" option. It was and is my understanding that "My Story" postings can only be seen by the specific people I have authorized in advance to see those postings. I can't say now how many people were authorized by me to see my "My Story" postings at that time, but I can say that that number does not exceed 90, and could well have been fewer.

2. I had no intention of making the Photo available to anyone else beyond those authorized to see my "My Story" postings and I do not believe I did so. When I posted the Photo to Snapchat, I had a choice to post it either to "My Story," which is limited to those I authorize to see it, or to "Our Story," which would be accessible to the public at large, without restriction. I deliberately chose the "My Story" option, because I did not want the general public to have access to it. If I did, I would have posted it to a different platform, such as Twitter, or Facebook or Instagram, where it could have been seen without restriction. I did not want that and did not do that. And I did not authorize any of the people who did have access to my "My Story" posting to share it elsewhere..

Justin Goldman

*[handwritten notations:]*
Ordered.
Post to docket.
(CJ.70
USDJ
1/16/18