```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
```

| | |
|---|---|
| JUSTIN GOLDMAN, | |
| Plaintiff, | |
| -v- | 17-cv-3144 (KBF) |
| BREITBART NEWS NETWORK, LLC, HEAVY, INC., TIME, INC., YAHOO, INC., VOX MEDIA, INC., GANNETT COMPANY, INC., HERALD MEDIA, INC., BOSTON GLOBE MEDIA PARTNERS, INC., and NEW ENGLAND SPORTS NETWORK, INC., | OPINION & ORDER |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 9, 2018

KATHERINE B. FORREST, District Judge:

Before the Court is defendants' motion to certify its decision for interlocutory appeal (ECF No. 174) and plaintiff's opposition (ECF No. 176.)

Any reply shall be made **not later than Wednesday, March 14, 2018.**

SO ORDERED.

Dated:   New York, New York
         March 9, 2018

_____
KATHERINE B. FORREST
United States District Judge