UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JUSTIN GOLDMAN,                                              :
                                                             :
                Plaintiff,            :   Case No. 17 Civ. 3144 (kbf)
                                                             :
   -against-                                                :
                                                             :
BREITBART NEWS NETWORK, LLC; HEAVY, INC.;                    :
TIME, INC.; YAHOO, INC.; VOX MEDIA, INC.;                    :
GANNETT COMPANY, INC.; HERALD MEDIA, INC.;                   :
BOSTON GLOBE MEDIA PARTNERS, LLC; NEW                        :
ENGLAND SPORTS NETWORK, INC.,

                Defendants.
------------------------------------------------------------------------X

**ORDER**

      Upon consideration of the Motion for Leave to File Amicus Brief of News Media Alliance, Association of Magazine Media f/k/a Magazine Publishers of America, E.W. Scripps Company, Electronic Frontier Foundation, and Public Knowledge as *Amici Curiae* in support of Defendants' Motion to Certify Decision for Interlocutory Appeal Under 28 U.S.C. §1292(b), it is HEREBY ORDERED that the Motion for Leave to File is granted.

Dated: _____                    _____
                                                 The Honorable Katherine B. Forrest
                                                 United States District Judge