**MANDATE**

S.D.N.Y.-N.Y.C.
17-cv-3144
Forrest, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of July, two thousand eighteen.

Present:
    Reena Raggi,
    Peter W. Hall,
    Debra Ann Livingston,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 17, 2018

Heavy, Inc., et al.,

        *Petitioners*,

v.                                 18-910

Justin Goldman,

        *Respondent*.

Petitioners move, pursuant to 28 U.S.C. § 1292(b), for leave to appeal an interlocutory order of the district court. Upon due consideration, it is hereby ORDERED that the § 1292(b) petition is DENIED because an immediate appeal is unwarranted. *Klinghoffer v. S.N.C. Achille Lauro*, 921 F.2d 21, 23-25 (2d Cir. 1990).

                              FOR THE COURT:
                              Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/17/2018