UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
JUSTIN GOLDMAN,

                           Plaintiff,

    - against -                                    17 Civ. 3144 (KBF)

BREITBART NEWS NETWORK, LLC;
HEAVY, INC.; TIME, INC.; YAHOO, INC.;
VOX MEDIA, INC.; GANNETT COMPANY, INC.;
HERALD MEDIA, INC.; BOSTON GLOBE
MEDIA PARTNERS, LLC; NEW ENGLAND
SPORTS NETWORK, INC.,

                           Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)</u>

      It is hereby stipulated and agreed by the attorneys for plaintiff and for defendant New England Sports Network, Inc., that this action is voluntarily dismissed with prejudice as against that defendant only, with each party to bear its own costs.

Dated: July 23, 2018

| | |
|---|---|
| s/ Kenneth P. Norwick | s/ Stephen M. Kramarsky |
| Kenneth P. Norwick | Stephen M. Kramarsky. |
| Norwick & Schad | Dewey, Pegno & Kramarsky LLP |
| 110 East 59th Street | 777 Third Avenue, 37th Floor |
| New York, NY 10022 | New York, NY 10017 |
| | |
| Attorney for Plaintiff | Attorney for Defendant New England Sports Network, Inc. |