UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JUSTIN GOLDMAN,

Plaintiff,

- against -                                               17 Civ. 3144 (AJN)(SN)

BREITBART NEWS NETWORK, LLC;
HEAVY, INC.; TIME, INC.; YAHOO, INC.;
VOX MEDIA, INC.; GANNETT COMPANY, INC.;
HERALD MEDIA, INC.; BOSTON GLOBE
MEDIA PARTNERS, LLC; NEW ENGLAND
SPORTS NETWORK, INC.,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

It is hereby stipulated and agreed by the attorneys for plaintiff and for defendant Breitbart

News Network, LLC, that this action is voluntarily dismissed with prejudice as against that

defendant only, with each party to bear its own costs.

Dated: December 19, 2018                                          Jan 2, 2019

Kenneth P. Norwick                      Ryan J. Larsen
Norwick & Schad                         Katten Muchin Rosenman LLP
110 East 59th Street                    2029 Century Park East, Suite 2600
New York, NY 10022                      Los Angeles, CA 90067-3012
Attorney for Plaintiff                  Attorney for Defendant Breitbart News Network, LLC