UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JUSTIN GOLDMAN,

                              Plaintiff,

            -against-

BREITBART NEWS NETWORK LLC, et al.,

                             Defendants.

------------------------------------------------------------------X

17-CV-03144 (AJN)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On January 22, 2019, the Court held a discovery conference. Accordingly, it is hereby ORDERED:

    1.    Defendants shall complete their liability depositions no later than Friday, February 15, 2019.

    2.    Defendants have leave to file only one motion for summary judgment, and that motion shall be filed no later than March 15, 2019, and shall not exceed 25 pages. Plaintiff's opposition is due April 15, 2019, and shall not exceed 25 pages. Defendants' reply is due April 29, 2019, and shall not exceed ten pages. If Defendants want to move for summary judgment later than March 15, 2019, then they must move to adjourn this briefing schedule.

    3.    Plaintiff is ordered to produce redacted settlement agreements no later than January 25, 2019.

    4.    Plaintiff shall file his supplemental letter brief regarding damages discovery no later than January 25, 2019. Defendants' letter response is due no later than January 29, 2019.

Absent further order of the Court, the conference scheduled for February 4, 2019, at 3:00 p.m. shall go forward so that the Court can address ongoing discovery disputes.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   January 24, 2019
         New York, New York