UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JUSTIN GOLDMAN,

                        Plaintiff,

   - against -                                          17 Civ. 3144 (AJN)(SN)

BREITBART NEWS NETWORK, LLC;
HEAVY, INC.; TIME, INC.; YAHOO, INC.;
VOX MEDIA, INC.; GANNETT COMPANY, INC.;
HERALD MEDIA, INC.; BOSTON GLOBE
MEDIA PARTNERS, LLC; NEW ENGLAND
SPORTS NETWORK, INC.,

                        Defendants.
------------------------------------------------------------x

### STIPULATION OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

It is hereby stipulated and agreed by the attorneys for plaintiff and for defendant Gannett Company, Inc., that this action is voluntarily dismissed with prejudice as against that defendant only, with each party to bear its own costs.

Dated: March 27, 2019

_____
Kenneth P. Norwick
Norwick & Schad
110 East 59th Street
New York, NY 10022
Tel: (212) 751-4440
Fax: (212) 604-9997
ken@norwickschad.com
*Counsel for Plaintiff*

_____
Robert Penchina
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, NY 10019
Tel: (212) 850-6109
Fax: (212) 223-1942
penchinar@ballardspahr.com
*Counsel for Defendant Gannett Company, Inc.*