UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JUSTIN GOLDMAN,

    Plaintiff,

  -against-

BREITBART NEWS NETWORK, LLC; HEAVY, INC.; TIME, INC.; YAHOO, INC.; VOX MEDIA, INC.; GANNETT COMPANY, INC.; HERALD MEDIA, INC.; BOSTON GLOBE MEDIA PARTNERS, LLC; NEW ENGLAND SPORTS NETWORK, INC.,

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

17-cv-3144 (AJN) (SN)

**CONSENT REQUEST TO VOLUNTARILY DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(2)**

  Plaintiff Justin Goldman, with the consent of Defendants Oath Holdings Inc.[1] and Heavy, Inc., hereby requests that the Court dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), with each party to bear its own costs and attorneys' fees.

---

[1] Effective June 13, 2017, Defendant Yahoo! Inc. transferred to Yahoo Holdings, Inc. all liabilities relevant to this lawsuit. Yahoo Holdings, Inc., a Delaware corporation with an office located at 701 First Avenue, Sunnyvale, California, 94089, is a wholly owned subsidiary of Verizon Communications, Inc. On January 1, 2018, Yahoo Holdings, Inc. changed its name to Oath Holdings Inc.

For Oath Holdings Inc.:

By: _____

Jennifer A. Golinveaux, Esq.
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Fax: (415) 591-1400
jgolinveaux@winston.com

Date: May [], 2019

For Justin Goldman:

By: _____

Kenneth P. Norwick
Norwick & Schad
110 East 59th Street
New York, NY 10022
Telephone: (212) 751-4440
ken@norwickschad.com

Date: May [], 2019

For Heavy, Inc.:

By: _____

Marc A. Lebowitz
Lebowitz Law Office LLC
747 Third Avenue
New York, NY 10017
Telephone: (212) 682-6818
marc@lebolaw.com

Date: May [], 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
JUSTIN GOLDMAN,                                    :
                                                   :
                    Plaintiff,                     :    17-cv-3144 (AJN) (SN)
                                                   :
       -against-                                   :
                                                   :    **PROPOSED ORDER GRANTING**
                                                   :    **PLAINTIFF'S MOTION TO**
BREITBART NEWS NETWORK, LLC; HEAVY,:    **VOLUNTARILY DISMISS WITH**
INC.; TIME, INC.; YAHOO, INC.; VOX MEDIA,:    **PREJUDICE PURSUANT TO FED.**
INC.; GANNETT COMPANY, INC.; HERALD:    **R. CIV. P. 41(a)(2)**
MEDIA, INC.; BOSTON GLOBE MEDIA:
PARTNERS, LLC; NEW ENGLAND SPORTS:
NETWORK, INC.,                                     :
                                                   :
                    Defendants.                    :
------------------------------------- X

   Plaintiff's motion to voluntarily dismiss his action with prejudice pursuant to Federal

Rule of Civil Procedure 41(a)(2) is GRANTED.

   Each party will bear its own attorneys' fees and costs.


SO ORDERED this ____ day of _____, 2019:


_____
U.S.D.J.

3