UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JUSTIN GOLDMAN,

                                     Plaintiff,

              - against -                               17 Civ. 3144 (AJN)(SN)

BREITBART NEWS NETWORK, LLC;
HEAVY, INC.; TIME, INC.; YAHOO, INC.;
VOX MEDIA, INC.; GANNETT COMPANY, INC.;
HERALD MEDIA, INC.; BOSTON GLOBE
MEDIA PARTNERS, LLC; NEW ENGLAND
SPORTS NETWORK, INC.,

                                   Defendants.
---------------------------------------------------------------x

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

It is hereby stipulated and agreed by the attorneys for plaintiff and for defendant Time, Inc., that this action is voluntarily dismissed with prejudice for all purposes as against that defendant only, with each party to bear its own costs and attorneys' fees.

Dated: May 22, 2019

_____
Kenneth P. Norwick
Norwick & Schad
110 East 59th Street
New York, NY 10022
Tel: (212) 751-4440
ken@norwickschad.com

*Counsel for Plaintiff*

_____
Lacy H. Koonce, III
Eric J. Feder
Davis Wright Tremaine LLP
1251 Avenue of the Americas
New York, NY 10020
Tel: 489-8230
lancekoonce@dwt.com
ejfeder@dwt.com

*Counsel for Defendant Time, Inc*

SO ORDERED: 5/28/19

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE