UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- X
JUSTIN GOLDMAN,

             Plaintiff,

         -against-

BREITBART NEWS NETWORK, LLC; HEAVY, INC.; TIME, INC.; YAHOO, INC.; VOX MEDIA, INC.; GANNETT COMPANY, INC.; HERALD MEDIA, INC.; BOSTON GLOBE MEDIA PARTNERS, LLC; NEW ENGLAND SPORTS NETWORK, INC.,

             Defendants.
--------------------------------------------------------- X

17-cv-3144 (AJN) (SN)

**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)**

MAY 2 8 2019

      Plaintiff's motion to voluntarily dismiss his action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) is GRANTED.

      Each party will bear its own attorneys' fees and costs.

SO ORDERED this 28th day of May, 2019:

_____
U.S.D.J.